# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1402

_____

JESSIE D. QUEEN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

February 5, 2019

PER CURIAM.

   AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessie D. Queen, pro se, Appellant.

Ashley B. Moody, Attorney General, and Frank X. Moehrle Jr., Assistant Attorney General, Tallahassee, for Appellee.